IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Jasper Junior Bowers, ) | Civil Action No.: 3:12-cv-00161-RBH |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| State of South Carolina, ) | |
| County of Richland, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

Plaintiff, proceeding *pro se*, filed this action pursuant to 42 U.S.C. § 1983. At this early juncture, Defendants have not yet made an appearance or filed an answer in this action. On March 7, 2012, the court received Plaintiff's [Docket Entry 21] Motion to Dismiss his case without prejudice.

It is therefore **ORDERED** that Plaintiff's Motion to Dismiss is **GRANTED** and this case is hereby **DISMISSED** *without prejudice*. Also, all of Plaintiff's other pending motions are hereby found to be **MOOT**.

**IT IS SO ORDERED.**

                                                                            s/R. Bryan Harwell
                                                                            R. Bryan Harwell
                                                                            United States District Judge

Florence, South Carolina
March 8, 2012