AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Jasper Junior Bowers, | ) |
| *Plaintiff* | ) |
| v. | ) |
| State of South Carolina; | ) |
| County of Richland, | ) |
| *Defendant*s | |

Civil Action No.    3:12-cv-00161-RBH-SVH

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Jasper Junior Bowers, shall take nothing of the defendants; State of South Carolina and County of Richland, from the complaint filed pursuant to 42 U.S.C. § 1983 and this action is dismissed without prejudice.

This action was *(check one)*:

❒ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❒ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Shiva V. Hodges, United States Magistrate Judge, granting the Plaintiff's motion to voluntarily dismiss the complaint without prejudice.

Date:   March 8, 2012                                    *CLERK OF COURT*

                                                        s/A. Buckingham
                                                _____
                                                *Signature of Clerk or Deputy Clerk*