# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Jasper Junior Bowers,<br>*Plaintiff*<br>v.<br>State of South Carolina;<br>County of Richland,<br>*Defendant*s | Civil Action No. 3:12-cv-00161-RBH-SVH |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Jasper Junior Bowers, shall take nothing of the defendants; State of South Carolina and County of Richland, from the complaint filed pursuant to 42 U.S.C. § 1983 and this action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Shiva V. Hodges, United States Magistrate Judge, granting the Plaintiff's motion to voluntarily dismiss the complaint without prejudice.

Date: March 8, 2012

*CLERK OF COURT*

s/A. Buckingham

*Signature of Clerk or Deputy Clerk*