AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Jasper Junior Bowers, )<br>*Plaintiff* )<br>v. )<br>State of South Carolina; )<br>County of Richland, )<br>*Defendant*s | Civil Action No.    3:12-cv-00161-RBH-SVH |

**AMENDED JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Jasper Junior Bowers, shall take nothing of the defendants; State of South Carolina and County of Richland, from the complaint filed pursuant to 42 U.S.C. § 1983 and this action is dismissed without prejudice.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable R. Bryan Harwell, United States Distric Judge, granting the Plaintiff's motion to voluntarily dismiss the complaint without prejudice.

Date:  March 12, 2012                              *CLERK OF COURT*

                                                                    s/A. Buckingham
                                                                    _____
                                                                    *Signature of Clerk or Deputy Clerk*